No. 581. MORSMAN, ADMINISTRATOR, *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. Argued February 27, 1931. Decided March 2, 1931. *Per Curiam:* The question in this case is that of the construction of § 302 (c) of the Revenue Act of 1924, c. 234, 43 Stat. 253, 304, a provision similar to that of § 402 (c) of the Revenue Act of 1918, c. 18, 40 Stat. 1057, 1097, which has already been construed by this Court, and, in this view, there being no question of the constitutional authority of the Congress to impose prospectively a tax with

respect to transfers or trusts of the sort here involved, the judgment of the Circuit Court of Appeals for the Eighth Circuit is reversed upon the authority of *May* v. *Heiner,* 281 U. S. 238. *Mr. Edward H. Blanc,* with whom *Messrs. Edgar M. Morsman, Jr.,* and *Russell L. Bradford* were on the brief, for petitioner. *Solicitor General Thacher,* and *Messrs. Walter E. Hope,* Assistant Secretary of the Treasury, *Claude R. Branch,* and *Clarence M. Charest,* General Counsel, *William T. Sabine, Jr.,* and *Prew Savoy,* Special Attorneys, Bureau of Internal Revenue, submitted for respondent.